### 8518. District Grand Lodge Number 18 *v.* Wright *et al.*

LUKE, J. 1. This case, upon the question of service and jurisdiction, is substantially controlled by the decision in *Supreme Circle of Benevolence* v. *Smith*, ante, 678 (94 S. E. 1034); and the assignments of error not so controlled are without merit.

2. The evidence authorized the verdict, and the court did not err in over-
ruling the motion for a new trial.

> Judgment affirmed. Wade, C. J., and Jenkins, J., concur.
> DECIDED JANUARY 29, 1918.

Action upon life insurance policy; from Bibb superior court—
Judge Mathews. February 2, 1917.

C. P. Goree, for plaintiff in error.   C. H. Garrett, contra.

